# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARIC PETER ALEMAN

NO. 2025 KW 1173

**DECEMBER 30, 2025**

---

In Re:   Garic Peter Aleman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0144-F-2021.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

**WRIT DENIED.** There is no statutory bar to applying the habitual offender law in sentencing for more than one conviction obtained on the same date, whether the convictions result from separate felonies committed at separate times or arise out of a single criminal act or episode. See **State v. Shaw,** 2006-2467 (La. 11/27/07), 969 So.2d 1233, 1245. Accordingly, the district court did not err in adjudicating relator as a habitual offender on all three offenses. Relator's claim attacking one of the underlying offenses does not point to an illegal sentence and it is untimely for the purposes of postconviction relief. See La. Code Crim. P. art. 930.8(A); **State v. Parker,** 98-0256 (La. 5/8/98), 711 So.2d 694 (per curiam); See also **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam).

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT